Arash Sadat (SBN 279282)
arash@msdlawyers.com
Camron Dowlatshahi (SBN 308618)
camron@msdlawyers.com
Kathleen Moore (SBN 358479)
kathleen@msdlawyers.com
MILLS SADAT DOWLAT LLP
333 South Hope Street, 40th Floor
Los Angeles, CA 90071
Tel.: (213) 613-9434

Attorneys for Plaintiff Lori Loveland
and the Putative Class

MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, Bar No. 167223
barbara.miller@morganlewis.com
Carrie A. Gonell, Bar. No. 257163
carrie.gonell@morganlewis.com
John D. Hayashi, Bar No. 211077
john.hayashi@morganlewis.com
Matthew M. Arnold, Bar No. 341862
matthew.arnold@morganlewis.com
Zachary Princi, Bar No. 352172
zachary.princi@morganlewis.com
600 Anton Blvd., Ste. 1800
Costa Mesa, CA 92626
Tel: +1.714.830.0600

Attorneys for Defendant
Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI LOVELAND, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No.: 3:24-cv-06142-VC<br>Assigned to: Hon. Vince Chhabria<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: December 4, 2025<br>Time: 2:00 p.m.<br>Courtroom: 4 |

Plaintiff Lori Loveland ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant," and, collectively with Plaintiff, the "Parties"), hereby submit this Supplemental Joint Case Management Statement as requested by the Court at the Case Management Conference held on December 4, 2025. The Parties propose the following deadlines for class certification motions and discovery:

- **Last day to file Class Certification motions and serve Initial Class Certification Expert Disclosures**: 6/26/2026 (based on 9/24/2026 hearing date and the parties' agreed-to briefing schedule)
- **Oppositions and Rebuttal Class Certification Expert Disclosures**: 8/10/2026 (45 days later)
- **Replies and Fact Discovery Cutoff**: 9/9/2026 (30 days later)
- **Class Certification Expert Discovery Cutoff**: 9/17/2026 (one week after Replies)
- **Class Certification Hearing**: 9/24/2026

The Parties reserve the right to seek additional discovery post-class certification if warranted, and to set further deadlines for trial experts.

Dated: December 5, 2025                    MILLS SADAT DOWLAT LLP

                                           By: */s/Arash Sadat*
                                           Arash Sadat

                                           Attorneys for Plaintiffs Lori Loveland
                                           and the Putative Class


Dated: December 5, 2025                    MORGAN, LEWIS & BOCKIUS LLP

                                           By: */s/Barbara J. Miller*
                                           Barbara J. Miller

                                           Attorneys for Defendant
                                           Home Depot U.S.A., Inc.

-2-

**ATTESTATION**

I, Barbara J. Miller, am the ECF user whose identification and password are being used to file this Supplemental Joint Case Management Statement. In Complaint with Civil L.R. 5-1(i)(3), I hereby attest that all other signatories, and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: December 5, 2025                                     MORGAN, LEWIS & BOCKIUS LLP


                                                            By: */s/Barbara J. Miller*
                                                                Barbara J. Miller
                                                                Attorneys for Defendant
                                                                Home Depot U.S.A., Inc.